**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
ELI ANGELINO,

Plaintiff,

-against-

26 **CIVIL** 5572 (GBD)

**JUDGMENT**

CITY OF NEW YORK,

Defendant.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2026, Plaintiff's complaint, filed informa pauperis under 28 U.S.C. § 1915(a)(l), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). This Court has denied as moot Plaintiff's motion for permission to participate in electronic case filing. This Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

August 3, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**